# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Symbion-Ozdil-Al Namarq Joint Venture ) ASBCA No. 59057
)
Under Contract No. W91GXY-06-C-0072 )

APPEARANCE FOR THE APPELLANT: Timothy A. Diemand, Esq.
Wiggin and Dana LLP
Hartford, CT

APPEARANCES FOR 0THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Stephen P. Smith, JA
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 5, 2019

DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59057, Appeal of Symbion-Ozdil-Al Namarq Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals